**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CHARLIE GRICE | CIVIL ACTION NO. 17-1434 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ROOSEVELT TONEY, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Mr. Grice's Motion to Remand (Record Document 14) is **GRANTED** and this action is **REMANDED** to the 26th Judicial District Court, Webster Parish, Louisiana, where it was pending under Case No. 76431.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 2nd day of February, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT